**No. 10-7566. In re Lawrence Kenemore, Petitioner.**

562 U.S. 1133, 131 S. Ct. 949, 178 L. Ed. 2d 808, 2011 U.S. LEXIS 545.

January 10, 2011. Petition for writ of mandamus denied.

**No. 10-7635. In re Rodney Skurdal, Petitioner.**

562 U.S. 1133, 131 S. Ct. 955, 178 L. Ed. 2d 808, 2011 U.S. LEXIS 70.

January 10, 2011. Petition for writ of mandamus denied.

**No. 10-547. In re Martin Bettwieser, Petitioner.**

562 U.S. 1133, 131 S. Ct. 920, 178 L. Ed. 2d 808, 2011 U.S. LEXIS 92.

January 10, 2011. Petition for writ of mandamus and/or prohibition denied.

**No. 09-1463. Deborah A. Messina, Petitioner v. Commissioner of Internal Revenue.**

562 U.S. 1171, 131 S. Ct. 979, 178 L. Ed. 2d 808, 2011 U.S. LEXIS 355.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 835, 131 S. Ct. 144, 178 L. Ed. 2d 36, 2010 U.S. LEXIS 6061.

**No. 09-10496. Yuecai Meng, Petitioner v. Mecklenburg County Department of Social Services.**

562 U.S. 1171, 131 S. Ct. 980, 178 L. Ed. 2d 808, 2011 U.S. LEXIS 330.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 845, 131 S. Ct. 84, 178 L. Ed. 2d 54, 2010 U.S. LEXIS 6017.

**No. 09-10655. Kurby Decker, Petitioner v. Chequita Dunbar, et al.**

562 U.S. 1171, 131 S. Ct. 980, 178 L. Ed. 2d 808, 2011 U.S. LEXIS 507.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 848, 131 S. Ct. 96, 178 L. Ed. 2d 60, 2010 U.S. LEXIS 6001.

**No. 09-10690. Dillard J. Booker, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 1171, 131 S. Ct. 980, 178 L. Ed. 2d 808, 2011 U.S. LEXIS 104.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 849, 131 S. Ct. 98, 178 L. Ed. 2d 62, 2010 U.S. LEXIS 6453.

**No. 09-10705. Carlos Shaarbay, aka Charles Shaarbay, Petitioner v. Florida.**

562 U.S. 1171, 131 S. Ct. 980, 178 L. Ed. 2d 808, 2011 U.S. LEXIS 476.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 850, 131 S. Ct. 99, 178 L. Ed. 2d 63, 2010 U.S. LEXIS 6120.